UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS ARTHUR GANDARA,

Plaintiff,

v.

GAVIN NEWSOME, et al.,

Defendants.

Case No. 21-cv-06523-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred in Riverside County, which lies in the Central District of California.  Accordingly, this action is TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Central District.  *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  September 23, 2021

JOSEPH C. SPERO
Chief Magistrate Judge